# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE# 4:23CR50 |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| NATHAN SPARKS | ) | |

## MOTION FOR LEAVE OF ABSENCE

Comes now, the undersigned attorney, JACK MORRIS DOWNIE Sr., and files his Motion for Leave of Absence pursuant to LR 83.9 of the United States District Court for Southern District of Georgia and shows the Court the following:

| | |
|---|---|
| November 13-14, 2024 | for a legal conference in Atlanta, GA |
| November 21, 2024 | to attend the ADR institute |
| November 22- 29, 2024 | for a family vacation |
| December 18-22, 2024 | for a family vacation |
| December 29, 2024-January 02, 2025 | for a 10 year anniversary vacation |

WHEREFORE, JACK MORRIS DOWNIE Sr. prays that his Motion be granted.

Respectfully submitted this November 08, 2024

/**S**/Jack M. Downie Sr.
JACK M. DOWNIE Sr.
Georgia Bar # 813753
Post Office Box 9
Vidalia, Georgia 30475
(912)324-2320
jack@downielaw.net

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE# 4:23CR50 |
| ) | |
| vs. ) | |
| ) | |
| ) | |
| NATHAN SPARKS ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served all the parties in this case in accordance with the directives from the Court Notice of Electronic Filing ("NEF") which was generated as a result of electronic filing.

Respectfully submitted this November 08, 2024

/S/Jack M. Downie Sr.
JACK M. DOWNIE Sr.
Georgia Bar # 813753
Post Office Box 9
Vidalia, Georgia 30475
(912)324-2320
jack@downielaw.net

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE# 4:23CR50 |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| NATHAN SPARKS | ) | |

**ORDER GRANTING LEAVE OF ABSENCE**

Counsel, JACK MORRIS DOWNIE, having filed his Motion for Leave of Absence and having served all parties thereto:

IT IS HEREBY ORDERED that said Motion for Leave of Absence for the following dates: November 13-14, 2024, November 21, 2024, November 22-29, 2024, December 18-22, 2024, December 29, 2024-January 02, 2025 is **GRANTED.**

Signed this 14th day of November 2024.

_____
Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia