UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 4:20CR50 |
| | ) | |
| TRON SMITH | ) | |

**ORDER**

Application for leave of absence has been requested by John P. Harper III, Assistant United States Attorney, for December 5, 2024, through December 9, 2024; as well as December 26, 2024, through January 15, 2025, inclusive, in the above-referenced case.

The above and foregoing request for leave of absence is GRANTED.

So ORDERED this 14th day of November 2024.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA